Fill in this information to identify the case:

Debtor name: **Timberstone 4038T, LLC., a Delaware limited liability company**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*............................................................................ $ 5,000,000.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*........................................................................... $ 50.00

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*............................................................................. $ 5,000,050.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.......... $ 1,521,309.32

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 89,679.31

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... +$ 3,315,219.00

4. **Total liabilities** ..................................................................................................... $ 4,926,207.63
   Lines 2 + 3a + 3b

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1